IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

RUTH EASTER, PATRICIA MAYS, and
GWENDOLYN EDERINGTON,
individually and on behalf of a class of
similarly situated persons                                                                          PLAINTIFFS

VS.                                          CASE NO. 08-CV-1041

COMPUCREDIT CORPORATION,
VS FINANCIAL, LLC, and VS FINANCIAL
OF ARKANSAS, LLC d/b/a FIRST
AMERICAN CASH ADVANCE                                                                DEFENDANTS

## ORDER

Before the Court are two motions: 1) the Renewed Motion to Compel Arbitration or, in the Alternative, to Dismiss the First Amended Complaint filed by Defendants Compucredit Corporation and VS Financial, LLC (Doc. 16); and 2) the Motion to Dismiss or Stay this Case and Compel Arbitration, or in the Alternative, to Dismiss for Failure to State a Claim filed by Defendant VS of Arkansas, LLC. (Doc. 19). Plaintiffs responded to both of these Motions with a single response. (Doc. 21). Defendants replied. (Doc. 23). For reasons discussed in the Memorandum Opinion of even date, the Court finds that the Renewed Motion to Compel Arbitration or, in the Alternative, to Dismiss the First Amended Complaint filed by Defendants Compucredit Corporation and VS Financial, LLC (Doc. 16) is **GRANTED**, and the Motion to Dismiss or Stay this Case and Compel Arbitration, or in the Alternative, to Dismiss for Failure to State a Claim filed by Defendant VS of Arkansas, LLC. (Doc. 19) is **GRANTED**. Pursuant to 9 U.S.C. section 4, the Court directs the parties to submit this case to arbitration in accordance with the Waiver of Jury Trial and Arbitration provision of the "Promissory Note and Federal Truth-in-Lending Disclosures." This case is stayed pending arbitration pursuant to 9 U.S.C. section 3.

IT IS SO ORDERED, this 27th day of February 2009.

                                                      /s/ Harry F. Barnes
                                                      Hon. Harry F. Barnes
                                                      United States District Judge