IN THE UNITED STATE DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

RUTH EASTER, PATRICIA MAYS,
and GWENDOLYN EDERINGTON,
individually and on behalf of a class
of similarly situated persons                                       PLAINTIFF

VS.                        CASE NO. 08-CV-1041

COMPUCREDIT CORPORATION and
VS FINANCIAL, LLC d/b/a FIRST
AMERICAN CASH ADVANCE                                           DEFENDANT

## **JUDGMENT**

Counsels for Plaintiffs and Defendants have advised the court that Plaintiffs' claims against Defendants have been agreeably settled between the parties. It appears to the Court that it is not necessary that this cause remain open upon the court's docket.

**IT IS THEREFORE CONSIDERED, ORDERED AND ADJUDGED** that the above styled cause be, and is hereby, **dismissed with prejudice** subject to the terms of this settlement agreement; and

**IT IS FURTHER ORDERED** that if any party desires that the terms of settlement be a part of the record therein, those terms should be reduced to writing and filed with the court within thirty (30) days of the entry of this Judgment.

The court retains jurisdiction to vacate this order and to reopen this action upon cause shown that the settlement has not been completed and further litigation is necessary.

Dated this 5th day of February, 2010.

                                                         /s/ Harry F. Barnes
                                                         Hon. Harry F. Barnes
                                                         United States District Judge